

**THE CITY OF NEW YORK**

Hon. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

SONYA GIDUMAL CHAZIN
*Senior Counsel*
Labor & Employment Law Division
(212) 356-0890
schazin@law.nyc.gov

February 27, 2024

*By ECF*
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

> The request is GRANTED in part. The status conference is adjourned from March 1, 2024 at 10:30 a.m. to 4:00 p.m. on the same day. If the parties are unavailable at that time, they shall, by February 28, 2024, contact the Court's deputy with 3 alternative times between March 1, 2024 and March 6, 2024.
>
> Dated:  February 27, 2024
>              New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re:   *Taylor, et al. v. NYC Health + Hospitals, et al.*, 19-CV-07086 (JLR)

Dear Judge Rochon:

I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorneys for defendant NYC Health and Hospitals Corp., in the above-captioned proceeding.

We are in receipt of the scheduling Order setting this matter down for a conference on March 1, 2024 at 10:30am. At that time, I am scheduled to appear before Judge Kuo in the Eastern District of New York for a conference in Docket No.: 22-CV-03135 (PK). Additionally, I have a mediation scheduled in Docket No.: 21-cv-05567, where I have requested a break to handle the conference before Judge Kuo. I have received Plaintiff's consent to adjourn the conference.

Thank you for your consideration of this request.

Respectfully Submitted,

Sonya Gidumal Chazin
Assistant Corporation Counsel

cc:   All parties (via ECF)