**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

JASON TAYLOR, et al,

                 **Plaintiff(s),**                   **19-CV-07086 (JPC)**

      -against-                                **ORDER**

NYC HEALTH + HOSPITALS, et al,

                 **Defendant(s).**

----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

As discussed at the conference held on **Tuesday, July 16, 2024**, the parties' are in active settlement discussions. They are directed to provide the Court with a joint status update as to the status of settlement discussions on or before **Friday, August 16, 2024**.

        **SO ORDERED.**

DATED:     New York, New York
             July 16, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge