UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JASON TAYLOR, et al,

                              Plaintiffs,                                        19-CV-7086 (JLR)

               -against-                                            **ORDER**

NYC HEALTH + HOSPITALS, et al,

                              Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The settlement conference currently scheduled for **Tuesday, August 20, 2024 at 2:00 p.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York is ADJOURNED in light of the parties' ongoing negotiations regarding the resolution of the matter (ECF No. 139).

      The parties' are directed to file a joint status update on or before **Wednesday, September 18, 2024** if the parties' are unable to resolve this matter prior to that date.

      The Clerk of Court is respectfully directed to terminate the motion at ECF No. 139.

      **SO ORDERED.**

DATED:    New York, New York
                August 19, 2024

                                                                     _____
                                                                     VALERIE FIGUEREDO
                                                                     United States Magistrate Judge