**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
JASON TAYLOR, et al,

                                    Plaintiffs,                    **19-CV-7086 (JLR)**

            -against-                                              **ORDER SCHEDULING**
                                                                  **CONFERENCE**
NYC HEALTH + HOSPITALS, et al,

                                    Defendants.
---------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        A conference in this matter is scheduled for **Thursday, October 24, 2024, at 2:00**

**p.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.

The conference will address any issues remaining for the parties to finalize their settlement

agreement.

        **SO ORDERED.**

DATED:        New York, New York
              October 15, 2024



                                                    _____
                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge