**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JASON TAYLOR, et al,

                        Plaintiffs,                    **19-CV-7086 (VF)**

          -against-                                 **ORDER**

NYC HEALTH + HOSPITALS, et al,

                        Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to file a joint status update on the status of finalizing a settlement agreement by **Friday, January 17, 2025**.

      **SO ORDERED.**

DATED:    New York, New York
                December 18, 2024

                                                      _____
                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge