UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JASON TAYLOR, et al,

                       **Plaintiff(s),**          **19-CV-07086 (VF)**

      -against-                                     **ORDER**

NYC HEALTH + HOSPITALS, et al,

                       **Defendant(s).**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      As discussed at the conference held on May 20, 2025, the parties are directed to provide the Court with a joint status update as to the status of settlement discussions by **Thursday, July 21, 2025.**

      **SO ORDERED.**

DATED:      New York, New York
                 May 20, 2025

                                                             _____
                                                            VALERIE FIGUEREDO
                                                             United States Magistrate Judge