**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**JASON TAYLOR, et al,**

                **Plaintiff(s),**  **19-CV-07086 (VF)**

    -against-  **ORDER**

**NYC HEALTH + HOSPITALS, et al,**

                **Defendant(s).**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    This order amends the previous order at ECF No. 158. As discussed at the conference held on May 20, 2025, the parties are directed to provide the Court with a joint status update as to the status of settlement discussions by **Thursday, July 31, 2025.**

    **SO ORDERED.**

DATED:    New York, New York
              May 21, 2025

                                               _____
                                               VALERIE FIGUEREDO
                                               United States Magistrate Judge