UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

JASON TAYLOR, et al,

                            **Plaintiffs,**                    19-CV-07086 (VF)

             -against-                             **ORDER SCHEDULING CONFERENCE**

**NYC HEALTH + HOSPITALS, et al,**

                            **Defendants.**

---------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    A status conference is hereby scheduled for **Wednesday, December 17, 2025 at 2 p.m.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code [716 916 701#].**

    **SO ORDERED.**

DATED:    New York, New York
                November 7, 2025

                                                      _____
                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge