**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**JASON TAYLOR, et al,**

                  **Plaintiff(s),**             **19-CV-07086 (VF)**

       **-against-**                  **ORDER**

**NYC HEALTH + HOSPITALS, et al,**

                  **Defendant(s).**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to provide the Court with a joint update as to the status of

settlement discussions by **Thursday, April 9, 2026**.

       **SO ORDERED.**

DATED:    New York, New York
           April 2, 2026

                                                   _____
                                                   VALERIE FIGUEREDO
                                                   United States Magistrate Judge