**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**JASON TAYLOR, et al,**

**Plaintiffs,**

**19-CV-07086 (VF)**

**-against-**

**ORDER**

**NYC HEALTH + HOSPITALS, et al,**

**Defendants.**

**---------------------------------------------------------------X**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A conference to discuss the status of settlement is hereby scheduled for **Tuesday, October 6, 2026, at 3:30 p.m.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code [605824799#].**

**SO ORDERED.**

DATED: New York, New York
September 29, 2026

VALERIE FIGUEREDO
United States Magistrate Judge